UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY HATFIELD., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:14 CV 1820 RWS |
| ) | |
| MISSOURI DEPT. OF CORRECTIONS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter is before me on plaintiffs' motion to amend his complaint to add an additional defendant. Plaintiff's motion will be denied as it is not accompanied by a proposed amended complaint. Plaintiff also seeks names of nurses so he can substitute people for the Jane Does in his complaint. This request will be denied as I have already dismissed the Jane Does from this lawsuit for the reasons stated in my November 18, 2014, Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to add a party [#25] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2015.