UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY HATFIELD., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:14 CV 1820 RWS |
| | ) |
| MISSOURI DEPT. OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter is before me on plaintiffs' second motion to amend his complaint to add an additional defendant. Plaintiff's previous motion was denied as it was not accompanied by a proposed amended complaint. Plaintiff's second motion is also not accompanied by a proposed amended complaint and so it will also be denied. As with his first motion, plaintiff seeks to substitute for a Jane Doe nurse in his complaint. This request will be denied as I have already dismissed the Jane Does from this lawsuit for the reasons stated in my November 18, 2014, Memorandum and Order, and plaintiff's motion does not state an adequate basis for reconsidering this decision. At most, plaintiff's second motion to amend his complaint complains of mere negligence by Nurse Zerr, which I have previously explained is not sufficient to state a claim for medical mistreatment.

Accordingly,

1

**IT IS HEREBY ORDERED** that plaintiff's motion to add a party # [27] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day of February, 2015.