UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY HATFIELD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:14 CV 1820 RWS |
| MISSOURI DEPT. OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF DISMISSAL

In accordance with, and for the reasons set out in, my Memorandum and Order to Show Cause dated November 5, 2015 [43], for plaintiff's failure to respond to that Show Cause Order and other Orders of this Court, and for his failure to otherwise prosecute his case,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **plaintiff's complaint is dismissed with prejudice**, and any pending motions are denied as moot.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

Dated this 29th Day of December, 2015.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE